**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7106

JEROME MCFADDEN,

           Plaintiff - Appellant,

     v.

S. B. LEWIS, Associate Warden; FRANK MURSIER, Major McCI;
LEROY CARTLEDGE, Warden at McCI McCormick Correctional
Institution,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Bruce H. Hendricks, District
Judge.  (0:12-cv-01627-BHH)

Submitted:  November 17, 2015    Decided:  November 20, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome McFadden, Appellant Pro Se.   Brandon Paul Jones, Daniel
Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. Lewis, No. 0:12-cv-01627-BHH (D.S.C. June 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED